UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHILLA INDUSTRIAL CO., LTD                                            PLAINTIFF

V.                                          CIVIL ACTION NO.: 3:23-cv-00138-GHD-JMV

WAREHOUSE 72, L.L.C., et al                                          DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court therefore ORDERS that this action be DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED THIS the 4th day of October, 2024.

_____
SENIOR U.S. DISTRICT JUDGE