IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHILLA INDUSTRIAL CO., LTD**　　　　　　　　　　　　　　**PLAINTIFF**

VS.　　　　　　　　　　　　　　**CAUSE NO. 3:23CV138-GHD-JMV**

**WAREHOUSE 72, LLC; VALLEY TOOL, INC.;
CAYCE WASHINGTON; MICHELLE WASHINGTON;
FRANK HYDE, JR., and SASHA HYDE**　　　　　　　　**DEFENDENTS**

## AGREED ORDER OF DISMISSAL

UPON CONSIDERATION of the Stipulation and the Joint *ore tenus* Motion to Dismiss by the parties, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Complaint and all its claims, be and are hereby **DISMISSED**, with prejudice, for reason of settlement.

Each party to bear their own costs.

**SO ORDERED** this the 26th day of November, 2024.

/s/ _____
SENIOR U.S. DISTRICT JUDGE

**Agreed by:**

*/s/ Mitchell O. Driskell, III (MSB #100079)*
Tannehill Carmean, PLLC
829 North Lamar Boulevard, Suite 1
Oxford, Mississippi 38655
*Attorney for Plaintiff*

*/s/ William B. Stewart (MSB #99243)*
Copeland Cook Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

H. Scot Spragins (MSB #7748)

Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655
*Attorneys for Defendant*